Decided November 6, 1997

ASSOCIATES FINANCIAL SERVICES OF AMERICA, INC. *v.* SAMUEL P. SORENSEN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 721 (AC 16187), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's summary judgment?"

The Supreme Court docket number is SC 15815.

*Abraham I. Gordon* and *Ronald D. Japha,* in support of the petition.

*Beecher A. Larson,* in opposition.

Decided November 6, 1997